Lisa Darling-Alderton - State Bar No. 221738
lalderton@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Defendant
CENTURY SURETY COMPANY

Alan L. Martini – State Bar No. 77316
**SHEUERMAN, MARTINI & TABARI**
A Professional Corporation
1033 Willow Street
San Jose, CA 95125
Telephone: (408) 288-9700
Facsimile: (408) 295-9900

Attorneys for Plaintiffs
RON CARLSON and MARION BENJAMIN CARLSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON CARLSON and MARION BENJAMIN CARLSON, <br><br> Plaintiff, <br><br> v. <br><br> CENTURY SURETY COMPANY, and Does 1-20, inclusive, <br><br> Defendants. | Case No.: 3:11-CV-00356 SI <br><br> Assigned to the Hon. Susan Illston <br><br> [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE <br><br> Date: May 6, 2011 <br> Time: 2:30 p.m. <br> Ctrm: 10 <br><br> Filing Date: January 25, 2011 |

Following review of the stipulation submitted by the parties requesting the initial case management conference scheduled for May 6, 2011 be continued to occur concurrently with the hearing on Plaintiffs' motion for partial summary judgment which is set for May 27, 2011, and finding good cause for the request;

1

1 | IT IS ORDERED that the initial case management conference set for May 6,
2 | 2011, be continued to May 27, 2011 at 9:00 a.m., to take place concurrently with the
3 | hearing on the motion for partial summary judgment.

DATED: _5/6/11_____    By: ___/s/ Susan Illston_____
                                Hon. SUSAN ILSTON
                                Judge of the District Court

[CASE NO.: 3:11-CV-00356 SI]
[PROPOSED ORDER TO CONTINUE INITIAL CMC]

245782.1