IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON CARLSON,

        Plaintiff,

v.

CENTURY SURETY CO.,

        Defendant.
                                    /

No. C 11-00356 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>December 9, 2011</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>November 30, 2011</u>.

DESIGNATION OF EXPERTS: <u>12/1/11</u>; SUPPLEMENTAL: <u>12/16/11</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>February 1, 2012</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 13, 2012</u>;

    Opp. Due <u>January 27, 2012</u>;  Reply Due <u>February 3, 2012</u>;

    and set for hearing no later than <u>February 17, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>March 13, 2012</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>March 26, 2012</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.  The mediation session shall occur in early November 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/19/11

                                                SUSAN ILLSTON
                                                United States District Judge

**United States District Court**
For the Northern District of California