IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON CARLSON, | No. C 11-00356 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO AMEND AND AMENDING MAY 27 ORDER** |
| v. | |
| CENTURY SURETY CO., | |
| Defendant. | |

Defendant's motion to amend the Court's May 27 Order granting in part and denying in part plaintiffs' motion for partial summary judgment is currently scheduled for hearing on August 12, 2011. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing. Having considered the papers submitted, and for good cause shown, the Court hereby GRANTS defendant's motion. The May 27 Order is AMENDED to include the following:

> This order involves a controlling question of law as to which there is substantial ground for difference of opinion, and an immediate appeal from the order may materially advance the ultimate termination of the litigation. *See* 28 U.S.C. §1292(b). This amended order may be appealed within ten days. However, any application for an appeal will not stay proceedings in this Court.

**IT IS SO ORDERED.**

Dated: August 8, 2011

SUSAN ILLSTON
United States District Judge