FILED

OCT 18 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>  Defendant - Petitioner,<br><br>v.<br><br>RON CARLSON and MARION BENJAMIN CARLSON,<br><br>  Plaintiffs - Respondents. | No. 11-80208<br><br>D.C. No. 3:11-cv-00356-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: RAWLINSON and BEA, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

KS/MOATT