**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON CARLSON & MARION BENJAMIN CARLSON,

    Plaintiffs,

v.

CENTURY SURETY CO.,

    Defendant.

No. C 11-00356 SI

**ORDER RE: TRIAL DATE, PRETRIAL CONFERENCE AND STATEMENT**

Pursuant to the parties' stipulation regarding an extension of time to file the Pretrial Conference Statement, the February 25, 2012 deadline for the Pretrial Disclosures and the February 28, 2012 deadline for the Pretrial Conference Statement are VACATED. The trial date is hereby MOVED from March 26, 2012 to April 2, 2012; the Pretrial Conference will be held on March 27, 2012; the Pretrial Conference Statement will be due March 20, 2012; and the Pretrial Disclosures will be due March 16, 2012. The March 9, 2012 deadline to file supplemental briefing regarding damages remains.

**IT IS SO ORDERED.**

Dated: February 27, 2012

SUSAN ILLSTON
United States District Judge