IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON CARLSON & MARION BENJAMIN CARLSON,

    Plaintiffs,

v.

CENTURY SURETY CO.,

    Defendant.

No. C 11-00356 SI

**ORDER GRANTING LEAVE TO SEEK RECONSIDERATION; RE-SETTING CERTAIN PRE-TRIAL DATES**

On March 9, 2012, plaintiffs filed a motion for leave to file a motion for reconsideration of the Court's February 23, 2012 Order granting in part and denying in part both parties' motions for summary judgment. Specifically, plaintiffs seek reconsideration of the Court's finding that the settlement agreement and subsequent default judgment in this case were the products of collusion.

The Court GRANTS such leave, and accepts plaintiffs' March 9th motion as its motion for reconsideration. The Court will examine whether it should reconsider its finding that the uncontroverted facts show that the Carlsons made claims against Betty Low, Julie Fox, Jane Oberg, and/or Gold Mountain Realty, other than the August 20, 2007 letter, prior to the inception of the Century policy. **Defendant shall submit its briefing on that issue by March 21, 2012; plaintiffs may file a reply on March 22, 2012.**

The parties submitted a Joint Motion for Relief from Case Management Schedule on March 16, 2012. **The Court hereby CONTINUES both the March 16, 2012 Pretrial Disclosure Statement and March 20, 2012 Pretrial Conference Statement dates to March 26, 2007. The Pretrial Conference will remain on March 27, 2012.**

    **IT IS SO ORDERED.**

Dated: March 16, 2012

SUSAN ILLSTON
United States District Judge