**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON CARLSON & MARION BENJAMIN CARLSON,

            Plaintiffs,

  v.

CENTURY SURETY CO.,

            Defendant.

                                 /

No. C 11-00356 SI

**ORDER CONTINUING PRETRIAL DATES**

The Pretrial Disclosure Statement and Pretrial Conference Statement in this case are currently due to be filed on March 26, 2012, and the Pretrial Conference is set for March 27, 2012. **The Court hereby CONTINUES the March 26th filing date to March 28, 2012, and CONTINUES the March 27th conference to March 29, 2012 at 3:30 p.m.**

      **IT IS SO ORDERED.**

Dated: March 23, 2012

                                          
SUSAN ILLSTON
United States District Judge