IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON CARLSON & MARION BENJAMIN CARLSON,<br><br>    Plaintiffs,<br>  v.<br><br>CENTURY SURETY CO.,<br><br>    Defendant.<br>                                                              / | No. C 11-00356 SI<br><br>**JUDGMENT** |

On March 26, 2012, the Court granted defendant's motion for summary judgment and found that plaintiffs no longer have standing to prosecute this case. The Court therefore dismissed the case. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 27, 2012

SUSAN ILLSTON
United States District Judge