Alan L. Martini   SB#77316
SHEUERMAN, MARTINI, TABARI,
    ZENERE & GARVIN
A Professional Corporation
1033 Willow Street
San Jose, CA  95125
Telephone: (408) 288-9700
Facsimile: (408) 295-9900
E-mail: amartini@smtlaw.com

Attorneys for Plaintiffs, RON CARLSON and MARION BENJAMIN CARLSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION )

| | |
|---|---|
| RON CARLSON and MARION BENJAMIN CARLSON, | Case No. C11-00356SI |
| Plaintiffs, | **SUBSTITUTION OF COUNSEL;** |
| v. | **[PROPOSED] ORDER** |
| CENTURY SURETY COMPANY, Does 1 - 20, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that plaintiff, RON CARLSON, substitutes himself, in pro per, as counsel of record in place of SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN.

Contact information for Plaintiff, RON CARLSON, is as follows:

Ron Carlson
1904 Landmark Street
Vallejo, CA 94591-3858
Telephone Number: 707.552.5929
Cell: 415.272.0611

I consent to the above substitution of counsel.

Dated: August 19, 2014

_____
RON CARLSON

I consent to the above substitution of counsel.

SUBSTITUTION OF COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER

1    Dated: August 18, 2014                    SHEUERMAN, MARTINI, TABARI,
                                               ZENERE & GARVIN
2

3                                              By: _____
                                                    ALAN L. MARTINI
4
                                    ORDER
5

6       The substitution of counsel is so ordered.

7                              8/22/14
     DATED: _____
8                                              JUDGE OF THE UNITED STATES
                                               DISTRICT COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28