Alan L. Martini  SB#77316
SHEUERMAN, MARTINI, TABARI,
    ZENERE & GARVIN
A Professional Corporation
1033 Willow Street
San Jose, CA 95125
Telephone: (408) 288-9700
Facsimile: (408) 295-9900
E-mail: amartini@smtlaw.com

Attorneys for Plaintiffs, RON CARLSON and MARION BENJAMIN CARLSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| RON CARLSON and MARION BENJAMIN CARLSON,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY, Does 1 - 20, inclusive,<br><br>Defendants. | Case No. C11-00356SI<br><br>SUBSTITUTION OF COUNSEL; [~~PROPOSED~~] ORDER |

NOTICE IS HEREBY GIVEN that plaintiff, MARION BENJAMIN CARLSON, substitutes herself, in pro per, as counsel of record in place of SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN.

Contact information for Plaintiff, MARION BENJAMIN CARLSON, is as follows:

Marion Benjamin Carlson
104 Everson Street
San Francisco, CA 94131
Telephone: 415.452.8114

I consent to the above substitution of counsel.

Dated: August 19, 2014

_/s/ Marion Benjamin Carlson_
MARION BENJAMIN CARLSON

I consent to the above substitution of counsel.

Dated: August 18, 2014

SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN

By: _____
ALAN L. MARTINI

## ORDER

The substitution of counsel is so ordered.

DATED: 8/22/14

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

SUBSTITUTION OF COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER

2